

# NUMBER 13-12-00530-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EDCOUCH-ELSA
INDEPENDENT SCHOOL DISTRICT,**                 **Appellant,**

**v.**

**MINERVA GONZALEZ,**                 **Appellee.**

---

**On appeal from the County Court at Law No. 5
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Edcouch-Elsa Independent School District, perfected an appeal from a

judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause

number CL-10-1525-E. The parties have filed a joint motion to dismiss the appeal on

grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of January, 2013.